*Friday, February 18, 1994*

## MOTION DOCKET

**93–256.** Thomas v. Newark City School Dist. Bd. of Edn. *Licking County,* No. 92–CA–53. This cause is pending before the court as an appeal from the Court of Appeals for Licking County.

IT IS ORDERED by the court, *sua sponte,* effective February 16, 1994, that oral argument in this case, scheduled for February 22, 1994, be and is hereby, continued.

IT IS FURTHER ORDERED by the court, *sua sponte,* effective February 16, 1994, that this case be held for decision in the following: Supreme Court case Nos. 93–441, *Farmer v. Kelleys Island Bd. of Edn.,* Erie County No. E–92–1; 92–2043, *Naylor v. Cardinal School Dist. Bd. of Edn.,* Geauga County, No. 91–G–1629; and 92–1873, *Kiel v. Green Local School Dist. Bd. of Edn.,* Wayne County, No. 2709.

*Thursday, February 24, 1994*

## MOTION DOCKET

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County,* No. C–920272. On motion for stay. Motion granted.

**94–75.** Hinderegger v. Dairy & Nutrition Council. *Stark County,* No. CA–9297. On motion for stay. Motion granted.

**94–189.** Haukedahl v. St. Luke's Hosp. *Lucas County,* No. L–92–011. On motion for stay. Motion granted.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

## DISCIPLINARY DOCKET

**90–1711.** Disciplinary Counsel v. Cox. *Sua sponte,* Lawrence Virgil Cox is ordered to show cause why the stay of the payment of disciplinary board costs should not be revoked and why he should not be ordered to pay disciplinary board costs in full immediately.

**93–883.** State ex rel. Farmer v. Potter. Wilfred L. Potter of Springfield, Ohio, Attorney Registration No. 0029121, is indefinitely suspended from the practice of law until he fully complies with the peremptory writ of mandamus issued by this court on September 15, 1993 and the order issued by this court on February 2, 1994.

**93–1780.** In re Resignation of Woods. On motion requesting permission to make time payments with respect to court costs. Motion granted.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

*Wednesday, March 2, 1994*

## MERIT DOCKET

**93–147.** State ex rel. Wandling v. Wray. *Franklin County,* No. 92AP–393. *Sua sponte,* cause dismissed as moot.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–1157.** Putka v. Parma. *Cuyahoga County,* No. 61775. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.